# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RODNEY SHAW § § § | |
| VS. § § | Civil Action No. 4:14-cv-516 |
| § | Judge Mazzant/Judge Bush |
| BRANDON GOMEZ and § | |
| THE CITY OF LEONARD, TEXAS § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 19, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss for Want of Prosecution (Dkt. #26) be GRANTED in part, that Plaintiff's remaining claims be dismissed without prejudice for want of prosecution, that this matter be closed on the court's docket, and that all costs be borne by the party incurring same.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss for Want of Prosecution (Dkt. # 26) is GRANTED in part, and Plaintiff's remaining claims are dismissed without prejudice for want of prosecution. The Clerk is directed to close this civil action, and all costs shall be borne by the party incurring same.

**IT IS SO ORDERED.**
**SIGNED this 23rd day of November, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE